**CONSOLIDATED FLOORING SER-VICES and Monroe Schneider Associates–Texas, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 01–5112.**

United States Court of Appeals, Federal Circuit.

DECIDED: July 6, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**OVERSEAS THREAD INDUSTRIES, LTD., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 01–5102.**

United States Court of Appeals, Federal Circuit.

DECIDED: July 6, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).